IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 173.2.34.242

**ISP:** Optimum Online
**Physical Location:** Redding, CT

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/16/2018 04:11:32 | 7E257EBFF8E251B8C7D5B64CE6A7218C3EEF66D8 | Sex And Fashion A Threeway Project |
| 09/04/2018 05:00:17 | E29D753F860FE87DDE8DBB0E09FAEDF14208095D | Deeper and Deeper |
| 08/26/2018 05:28:48 | 27E955743A676CCB05D14BCFDA8FB51AFB2B2734 | The Morning After |
| 08/26/2018 05:19:23 | E0F5AE588A3EB396863483FB8FD6AF8B15C29723 | Cum In For An Orgy |
| 08/26/2018 05:15:42 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 08/26/2018 05:14:58 | CB77E43971A3AD7F4E82151E70B8A2AB98B9660B | Hot Office Sex |
| 08/26/2018 05:14:28 | 7F82BD81B5ABABB4B01B41EA0F35B8A93F8BC7C6 | Summertime Sex |
| 08/26/2018 05:12:18 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

CT131