UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 173.2.34.242,<br><br>      Defendant. | Civil Action No. 3:18-cv-01836-RNC |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 173.2.34.242. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 6, 2019

                Respectfully submitted,

       By: /s/ *Kevin T. Conway*
           Kevin T. Conway, Esq. (30364)
           80 Red Schoolhouse Road, Suite 110
           Spring Valley, NY. 10977
           T: 845-352-0206
           F: 845-352-0481
           E-mail: kconway@ktclaw.com
           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                   By: /s/ *Kevin T. Conway*